MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8927
Facsimile: (415) 744-0134
E-Mail: Patrick.Snyder@ssa.gov

**GRANTED**
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALIA BURKHALTER SIMMONS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. 3:13-cv-2821 MEJ<br><br>DEFENDANT'S NOTICE OF THE FEDERAL GOVERNMENT'S APPROPRIATION OF FUNDS; APPLICATION TO LIFT STAY |

   Defendant United States of America hereby notifies the Court that funds have been appropriated for the federal government, effective October 17, 2013.  The stay in this action, entered by the Court on October 3, 2013, may now be lifted.  Defendant's answer and notice of lodging are currently due on October 30, 2013, Plaintiff's motion for summary judgment or remand is due on November 27, 2013,

/ / /

/ / /

/ / /

/ / /

Notice (Case No. 3:13-cv-2821 MEJ)            1

Defendant's opposition or counter-motion is due on December 26, 2013, and Plaintiff's reply thereto is due on January 8, 2014.

                                            Respectfully submitted,

                                            MELINDA L. HAAG
                                            United States Attorney

Dated: October 21, 2013                      By:   *Patrick W. Snyder*
                                            PATRICK W. SNYDER
                                            Special Assistant United States Attorney

OF COUNSEL TO DEFENDANT:

        DONNA L. CALVERT
        Acting Regional Chief Counsel, Region IX

        SHARON LAHEY
        Assistant Regional Counsel